**Opinion filed August 12, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00023-CR

_____

## JOYCE ANN BENNETT, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. CR30426**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment adjudicating guilt. Joyce Ann Bennett originally entered a plea of guilty to theft by check pursuant to one scheme and continuing course of conduct in the aggregate amount of at least $1,500 but not more than $20,000. Pursuant to the plea bargain agreement, the trial court deferred the adjudication of her guilt and placed her on community supervision for three years. At the hearing on the State's motion to adjudicate, appellant entered pleas of true to two of the allegations. The trial court found that appellant had violated the terms and conditions of her community supervision, revoked her community

supervision, adjudicated her guilt, and sentenced her to confinement in a state jail facility for fifteen months. We dismiss.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that the appeal is frivolous. Counsel has provided appellant with a copy of the brief and advised appellant of her right to review the record and file a response to counsel's brief. A response has not been filed. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

Following the procedures outlined in *Anders*, we have independently reviewed the record, and we agree that the appeal is without merit. We note that counsel has the responsibility to advise appellant that she may file a petition for discretionary review by the Texas Court of Criminal Appeals. *Ex parte Owens*, 206 S.W.3d 670 (Tex. Crim. App. 2006). Likewise, this court advises appellant that she may file a petition for discretionary review pursuant to TEX. R. APP. P. 66. *Black v. State*, 217 S.W.3d 687 (Tex. App.—Eastland 2007, no pet.).

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM


August 12, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2